SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No.: 146384)
Robert Milligan (State Bar No.: 217348)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Plaintiff
SUNSWEET GROWERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSWEET GROWERS, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD C. ATTINGER, ROBERT GWALTNEY, LOUISE GWALTNEY, CORRIE LEISEN, JANET LEISEN, ERIK NIELSEN ENTERPRISES, JOHN TAYLOR FERTILIZER, U.S. DEPARTMENT OF AGRICULTURE, MOE WHITCHURCH and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:05-CV-00618 GEB PAN<br><br>**STIPULATION AND ORDER CONCERNING TRANSFER OF THE INTERPLEAD FUNDS FROM BUTTE COUNTY COURT TO EASTERN DISTRICT OF CALIFORNIA** |

　　　　Plaintiff Sunsweet Growers, Inc. and Defendants Richard C. Attinger, Robert and Louise Gwaltney, John Taylor Fertilizer, and the U.S. Department of Agriculture (collectively, the "Parties" in this action) hereby present the following stipulation and request that the Court enter the attached proposed order.

　　　　This interpleader action was originally filed by Sunsweet in Butte County Superior Court on January 28, 2005, Case No. 134215. Concurrently with the filing of the complaint, Sunsweet deposited the sum of $83,640.75 with the Clerk of the Butte County Court. These funds constitute the interplead funds for which the Defendants claim an interest in this action.

1

1  On or about March 28, 2005, the U.S. Department of Agriculture removed this action to this Court pursuant to 28 U.S.C. §§ 1441,1442 and 1444, because this is a civil action against the pecuniary interest of the United States.

The interplead funds as well as any interest that has accrued since their deposit in January 2005 have not been transferred from the Butte County Court to the Clerk of this Court despite the case's removal. The Butte County Clerk informed Sunsweet's counsel that the funds can only be released from the Butte County Court by way of stipulation submitted to the state court.

Accordingly, the parties hereby stipulate to file the stipulation and order thereon attached hereto as Exhibit A with the Butte County Court. The stipulation and order thereon provide that the Butte County Court Clerk will transfer the interplead funds deposited by Sunsweet Growers, Inc. with the Butte County Clerk in Butte County Superior Court Case No. 134215, as well as any interest that has accrued since their deposit, to the Clerk of the Eastern District of California, by way of check made payable to the Clerk of the Eastern District of California, and send the check along with the stipulation and order thereon, to Clerk of the Eastern District of California, 501 "I" Street, Sacramento, California 95814.

Accordingly, the parties hereby request that the Court allow the parties to file the stipulation and order thereon attached hereto as Exhibit A with the Butte County Court.

DATED: October ___, 2005            SEYFARTH SHAW LLP


By:___/s/_____
     Kurt A. Kappes
     Robert B. Milligan
Attorneys for Plaintiff
SUNSWEET GROWERS, INC.

2

SC1 17066300.1

| | |
|---|---|
| DATED: October ___, 2005 | MINASIAN, SPRUANCE, BABER, MEITH, SOARES & SEXTON, LLP |
| | By__/s/_____<br>          Paul R. Minasian |
| | Attorneys for RICHARD C. ATTINGER, ROBERT GWALTNEY, LOUISE GWALTNEY |
| DATED: October ___, 2005 | McGREGOR W. SCOTT<br>United States Attorney |
| | By__/s/_____<br>          Ana Maria Martel |
| | Assistant U.S. Attorney<br>Attorneys for UNITED STATES OF AMERICA, ON BEHALF OF ITS DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY |
| DATED: October ___, 2005 | RIEGELS, CAMPOS & KENYON LLP |
| | By__/s/_____<br>          David Andrew Riegels |
| | Attorneys for JOHN TAYLOR FERTILIZER |

3

SC1 17066300.1

## [Proposed] Order

Having read the parties' stipulation, and good cause appearing, the Court hereby orders that the parties in this action may file the stipulation and order thereon attached as Exhibit A hereto with the Butte County Court, so that the interplead funds deposited by Sunsweet Growers, Inc. with the Butte County Clerk in Butte County Superior Court Case No. 134215, as well as any interest that has accrued since their deposit, can be transferred from Butte County to the Eastern District of California.

IT IS SO ORDERED.

DATED: December 5, 2005            /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

SC1 17066300.1