SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No.: 146384)
Robert Milligan (State Bar No.: 217348)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Plaintiff
SUNSWEET GROWERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSWEET GROWERS, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD C. ATTINGER, ROBERT GWALTNEY, LOUISE GWALTNEY, JOHN TAYLOR FERTILIZER, U.S. DEPARTMENT OF AGRICULTURE, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:05-CV-00618 GEB PAN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: October ___, 2005                    SEYFARTH SHAW LLP


                                            By__/s/_____
                                                   Kurt A. Kappes
                                                   Robert B. Milligan
                                            Attorneys for Plaintiff
                                            SUNSWEET GROWERS, INC.

*[Signatures continued next page . . . ]*

1

SC1 17066202.1

| | |
|---|---|
| DATED: October ___, 2005 | MINASIAN, SPRUANCE, BABER, MEITH, SOARES & SEXTON, LLP |
| | By___/s/_____<br>Paul R. Minasian |
| | Attorneys for RICHARD C. ATTINGER, ROBERT GWALTNEY, LOUISE GWALTNEY |
| DATED: October ___, 2005 | McGREGOR W. SCOTT<br>United States Attorney |
| | By___/s/_____<br>Ana Maria Martel |
| | Assistant U.S. Attorney<br>Attorneys for UNITED STATES OF AMERICA, ON BEHALF OF ITS DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY |
| DATED: October ___, 2005 | RIEGELS, CAMPOS & KENYON LLP |
| | By__/s/_____<br>David Andrew Riegels |
| | Attorneys for JOHN TAYLOR FERTILIZER |

IT IS SO ORDERED.

| | |
|---|---|
| DATED:  December 5, 2005 | /s/ Garland E. Burrell, Jr.<br>GARLAND E. BURRELL, JR.<br>United States District Judge |

2

SC1 17066202.1