1  **J. RUSSELL CUNNINGHAM, State Bar #130578**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

2  1830 15th Street
Sacramento, California  95814

3  Telephone: (916) 443-2051
Facsimile: (916) 443-2651

4

5  VDRP Neutral

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **SACRAMENTO DIVISION**

11

12  SUNSWEET GROWERS, INC.,          CIV. S-05-618 GEB PAN

13                    Plaintiff,          STIPULATED JUDGMENT

14  v.

15  RICHARD C. ATTINGER,
ROBERT GWALTNEY, LOUISE
GWALTNEY, CORRIE LEISEN,

16  JANET LEISEN, ERIK NIELSEN
ENTERPRISES, JOHN TAYLOR

17  FERTILIZER, FARM SERVICE
AGENCY and MOE

18  WHITCHURCH,

19                    Defendants.

20

21  **STIPULATED JUDGMENT**

22

23       Upon review of the stipulation of plaintiff SUNSWEET GROWERS, INC. ("Sunsweet"),

24  defendants ROBERT GWALTNEY and LOUISE GWALTNEY ("Gwaltneys"), defendant

25  RICHARD ATTINGER ("Attinger"), defendant JOHN TAYLOR FERTILIZER ("Taylor") and

26  defendant FARM SERVICE AGENCY, by and through the United States of America ("USA"),

27  and good cause appearing therefore,

28

SC1 17070862.1

IT IS ORDERED, ADJUDGED, AND DECREED that:

1.      The property in controversy consists of $10,000 held by Sunsweet and approximately $86,000 on deposit with the court (collectively "2002 Crop Proceeds").

2.      The following parties have no interest in the 2002 Crop Proceeds:

        (a)     defendants CORRIE LEISEN and JANET LEISEN;

        (b)     defendant ERIK NIELSEN ENTERPRISES;

        (c)     defendant RICHARD C. ATTINGER; and

        (d)     defendant MOE WHITCHURCH.

3.      The remaining parties' respective interest in the 2002 Crop Proceeds are:

        (a)     The first $8,093.23 to the Gwaltneys;

        (b)     The next $13,700 to Sunsweet (on account of its claim for attorneys' fees and costs);

        (c)     The next $3,000 to Taylor;

        (d)     The entire balance, approximately $71,200 to USA;

4.      The $10,000 held by Sunsweet, including accrued interest, shall be distributed to Sunsweet.

5.      The $86,000 on deposit with the court shall be distributed as set forth below:

        (a)     The first $8,093.23 to the Gwaltneys;

        (b)     The next $3,700 to Sunsweet;

        (c)     The next $3,000 to Taylor; and

        (d)     The entire balance, approximately $71,200 to USA.

6.      There is also a possible retain distribution estimated up to $28,039.02 for the 2002 Crop Proceeds.  Pursuant to Sunsweet's membership agreement and bylaws, such a distribution is not scheduled to be distributed until 2007 and is subject to board approval.  Pursuant to the

2

PDF created with pdfFactory trial version www.pdffactory.com

1  parties' stipulation,  the USA will be entitled to the entire retain distribution for the 2002 Crop

2  Proceeds if any.

3          7.      This judgment resolves the dispute concerning the 2002 Crop Proceeds and

4  Gwaltneys, Attinger, Taylor, and USA will not institute or further prosecute any further

5  proceeding in any court concerning the 2002 Crop Proceeds.

6

7          8.      Except as provided herein, the parties shall bear their own attorney fees and costs.

8

9  DATED:  May 10, 2006

10                                          _____/s/ Garland E. Burrell, Jr._____
                                            GARLAND E. BURRELL, JR.

11                                          United States District Judge

12

13 APPROVED AS TO FORM:

14

15 Dated: _____         **SEYFARTH SHAW LLP**

16

17                           By: _____

18                                **ROBERT MILLIGAN**
                                 Attorneys for Sunsweet

19 Dated: _____         **MINASIAN SPRUCE MEITH SOARES & SEXTON**

20

21

22                           By: _____

23                                **PAUL R. MINASIAN**
                                 Attorneys for Gwaltneys and Attinger

24 Dated: _____        **RIEGELS CAMPOS & KENYON**

25

26                           By: _____

27                                **DAVID A. REIGELS**
                                 Attorneys for Taylor

28

3

SC1 17070862.1

1

2

3     Dated: _____          **UNITED STATES ATTORNEY'S OFFICE**

4

5                                     By: _____

6                                          **ANA MARIA MARTEL**
                                          Attorneys for USA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

SC1 17070862.1

PDF created with pdfFactory trial version www.pdffactory.com